Matter of Farnsworth (2025 NY Slip Op 05138)





Matter of Farnsworth


2025 NY Slip Op 05138


Decided on September 25, 2025


Appellate Division, Third Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered:September 25, 2025

PM-214-25
[*1]In the Matter of Jared Allen Farnsworth, an Attorney. (Attorney Registration No. 5362017.)

Calendar Date:September 22, 2025

Before:Clark, J.P., Aarons, Lynch, Ceresia and Fisher, JJ.

Jared Allen Farnsworth, Terre Haute, Indiana, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel) for Attorney Grievance Committee for the Third Judicial Department.



Per Curiam.
Jared Allen Farnsworth was admitted to practice by this Court in 2015 and lists a business address in Terre Haute, Indiana with the Office of Court Administration. Farnsworth now seeks leave to resign from the New York bar for nondisciplinary reasons (see  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Farnsworth's application.
Upon reading Farnsworth's affidavit sworn to July 28, 2025, and filed August 4, 2025, and upon reading the September 15, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Farnsworth is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Clark, J.P., Aarons, Lynch, Ceresia and Fisher, JJ., concur.
ORDERED that Jared Allen Farnsworth's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Jared Allen Farnsworth's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Jared Allen Farnsworth is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Farnsworth is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Jared Allen Farnsworth shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.









